Geoffrey H. Baskerville (admitted pro hac vice)
FRANCIS & MAILMAN, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
gbaskerville@consumerlawfirm.com

Floyd W. Bybee
BYBEE LAW CENTER, PLC
90 S. Kyrene Road, Suite 5
Chandler, AZ 85226
Telephone: (480) 756-8822
Facsimile: (480) 302-4186
floyd@bybeelaw.com

Attorneys for Plaintiff
ROBERT GUNN

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Robert Gunn, | Case No. 2:18-CV-01211-JJT |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| RP On-Site LLC, | |
| Defendant. | |

  Plaintiff and Defendant hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.

  DATED <u>June 21, 2019.</u>

1
2
3  */s/ Geoffrey H. Baskerville*  */s/ Ronald I. Raether, Jr.*
   Geoffrey H. Baskerville     Ronald I. Raether, Jr.
4  FRANCIS & MAILMAN, P.C.    TROUTMAN SANDERS, LLP
   1600 Market Street, Suite 2510  5 Park Plaza, Suite 1400
5  Philadelphia, PA 19103     Irvine, CA 92614
   Office: (215) 735-8600     Office: (949) 622-2722
6  Fax: (215) 940-8000        Fax: (949) 622-2739
   gbaskerville@consumerlawfirm.com  ron.raether@troutman.com
7
8  Attorney for Plaintiff     Attorney for Defendant
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27